FILED

12/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0417

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0417

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

TRINA ROE,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including January 11, 2025, within which to prepare, file, and serve the Appellee's response brief.

**CLG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 12 2024